# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles H. Swoyer Jr.<br>Teri L. Swoyer<br>    **Debtors** | BK NO. 16-03277 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

Re: Loan # Ending In: 2450

                 Respectfully submitted,


                 **/s/ Joshua I. Goldman , Esquire**
                 Joshua I. Goldman, Esquire
                 Thomas Puleo, Esquire
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 825-6306  FAX (215) 825-6406
                 Attorney for Movant/Applicant