| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
| --- | --- | --- | --- | --- |
| ED6 | 003252 | MON369 | | 0000230135 |
| | | LANPA | | |
| | | | | 246-0001 |

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

## Earnings Statement

Period Beginning: 05/29/2016
Period Ending: 06/04/2016
Pay Date: 06/10/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 17.0000 | 32.00 | 544.00 | 14,479.41 |
| Overtime | 25.5000 | .47 | 11.99 | 252.23 |
| Holiday | 17.0000 | 8.00 | 136.00 | 272.00 |
| Incentive | | | | 20.00 |
| Sick | | | | 680.00 |
| Vacation | | | | 272.00 |
| Yesp | | | | 136.00 |
| **Gross Pay** | | | **$691.99** | 16,111.64 |

Your federal taxable wages this period are $527.25

| Other Benefits and Information | this period | total to date |
| --- | --- | --- |
| Er Match | 9.13 | 212.66 |
| Sick/Pers Bal | | 48.00 |
| Vacation Bal | | 144.00 |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -36.59 | 869.72 |
| | Social Security Tax | -34.40 | 803.47 |
| | Medicare Tax | -8.05 | 187.91 |
| | PA State Income Tax | -17.04 | 397.86 |
| | Lancaster Ci Income Tax | -5.55 | 129.61 |
| | Lancaster Ci Local Svc Tax | -1.00 | 23.00 |
| | PA SUI/SDI Tax | -0.49 | 11.28 |
| | **Other** | | |
| | Pretax Vision | -4.06* | 93.38 |
| | Prtx Health | -133.00* | 3,059.00 |
| | 401K | -27.68* | 644.48 |
| | **Net Pay** | **$424.13** | |
| | Checking | -424.13 | 9,891.93 |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

Advice number: 00000230135
Pay date: 06/10/2016

Deposited to the account of
CHARLES SWOYER

| account number | transit ABA | amount |
| --- | --- | --- |
| xxx■■■■ | xxxx xxxx | $424.13 |

THIS IS NOT A CHECK

NOT VALID AFTER 180 DAYS

Wells Fargo Bank N.A.

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

Period Beginning: 06/05/2016
Period Ending: 06/11/2016
Pay Date: 06/17/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 40.00 | 680.00 | 15,159.41 |
| Overtime | 25.5000 | 1.07 | 27.29 | 279.52 |
| Holiday | | | | 272.00 |
| Incentive | | | | 20.00 |
| Sick | | | | 680.00 |
| Vacation | | | | 272.00 |
| Yesp | | | | 136.00 |
| **Gross Pay** | | | **$707.29** | 16,818.93 |

Your federal taxable wages this period are $541.94

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 9.34 | 222.00 |
| Sick/Pers Bal | | 48.00 |
| Vacation Bal | | 144.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -38.79 | 908.51 |
| | Social Security Tax | -35.36 | 838.83 |
| | Medicare Tax | -8.27 | 196.18 |
| | PA State Income Tax | -17.51 | 415.37 |
| | Lancaster Ci Income Tax | -5.70 | 135.31 |
| | Lancaster Ci Local Svc Tax | -1.00 | 24.00 |
| | PA SUI/SDI Tax | -0.49 | 11.77 |
| | **Other** | | |
| | Pretax Vision | -4.06* | 97.44 |
| | Prtx Health | -133.00* | 3,192.00 |
| | 401K | -28.29* | 672.77 |
| **Net Pay** | | **$434.82** | |
| | Checking | -434.82 | 10,326.75 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

Advice number: 00000240095
Pay date: 06/17/2016

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHARLES SWOYER | xxx████ | xxxx xxxx | $434.82 |

THIS IS NOT A CHECK

NOT VALID AFTER 180 DAYS

Wells Fargo Bank N.A.

**NON-NEGOTIABLE**

| CO  | FILE   | DEPT   | CLOCK | VCHR. NO.  |   |
|-----|--------|--------|-------|------------|---|
| ED6 | 003252 | MON369 | LANPA | 0000250145 | 1 |

241-0001

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

# Earnings Statement

ADP

Period Beginning: 06/12/2016
Period Ending: 06/18/2016
Pay Date: 06/24/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate    | hours | this period | year to date |
|----------|---------|-------|-------------|--------------|
| Regular  | 17.0000 | 36.78 | 625.26      | 15,784.67    |
| Sick     | 17.0000 | 4.00  | 68.00       | 748.00       |
| Overtime |         |       |             | 279.52       |
| Holiday  |         |       |             | 272.00       |
| Incentive|         |       |             | 20.00        |
| Vacation |         |       |             | 272.00       |
| Yesp     |         |       |             | 136.00       |
| **Gross Pay** |    |       | **$693.26** | 17,512.19    |

Your federal taxable wages this period are $528.47

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Er Match | 9.15 | 231.15 |
| Sick/Pers Bal | | 44.00 |
| Vacation Bal | | 144.00 |

| Deductions | Statutory             |          |         |
|------------|------------------------|----------|---------|
|            | Federal Income Tax     | -36.77   | 945.28  |
|            | Social Security Tax    | -34.48   | 873.31  |
|            | Medicare Tax           | -8.06    | 204.24  |
|            | PA State Income Tax    | -17.08   | 432.45  |
|            | Lancaster Ci Income Tax| -5.56    | 140.87  |
|            | Lancaster Ci Local Svc Tax | -1.00 | 25.00  |
|            | PA SUI/SDI Tax         | -0.49    | 12.26   |
|            | **Other**              |          |         |
|            | Pretax Vision          | -4.06*   | 101.50  |
|            | Prtx Health            | -133.00* | 3,325.00|
|            | 401K                   | -27.73*  | 700.50  |
|            | **Net Pay**            | **$425.03** |      |
|            | Checking               | -425.03  | 10,751.78 |
|            | **Net Check**          | **$0.00** |        |

\* Excluded from federal taxable wages

©2000 ADP, LLC

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

Advice number: 00000250145
Pay date: 06/24/2016

Deposited to the account of
CHARLES SWOYER

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxx█████       | xxxx xxxx   | $425.03 |

THIS IS NOT A CHECK

NOT VALID AFTER 180 DAYS

Wells Fargo Bank N.A.

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ED6 | 003252 | MON369 | | 0000260091 | 1 |
| | | | LANPA | | |
| | | | 181-0001 | | |

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

# Earnings Statement 

Period Beginning: 06/19/2016
Period Ending: 06/25/2016
Pay Date: 07/01/2016

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 PA: N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 40.00 | 680.00 | 16,464.67 |
| Overtime | 25.5000 | .68 | 17.34 | 296.86 |
| Holiday | | | | 272.00 |
| Incentive | | | | 20.00 |
| Sick | | | | 748.00 |
| Vacation | | | | 272.00 |
| Yesp | | | | 136.00 |
| **Gross Pay** | | | **$697.34** | 18,209.53 |

Your federal taxable wages this period are $532.39

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 9.20 | 240.35 |
| Sick/Pers Bal | | 44.00 |
| Vacation Bal | | 144.00 |

**Important Notes**
HAVE A FUN AND SAFE HOLIDAY!!!

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.36 | 982.64 |
| | Social Security Tax | -34.74 | 908.05 |
| | Medicare Tax | -8.13 | 212.37 |
| | PA State Income Tax | -17.20 | 449.65 |
| | Lancaster Ci Income Tax | -5.60 | 146.47 |
| | Lancaster Ci Local Svc Tax | -1.00 | 26.00 |
| | PA SUI/SDI Tax | -0.49 | 12.75 |
| | **Other** | | |
| | Pretax Vision | -4.06* | 105.56 |
| | Prtx Health | -133.00* | 3,458.00 |
| | 401K | -27.89* | 728.39 |
| **Net Pay** | | **$427.87** | |
| | Checking | -427.87 | 11,179.65 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

©2000 ADP, LLC

---

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

Advice number: 00000260091
Pay date: 07/01/2016

Deposited to the account of
CHARLES SWOYER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxx**** | XXXX XXXX | $427.87 |

NOT VALID AFTER 180 DAYS

Wells Fargo Bank, N.A.

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

```
CO    FILE    DEPT.   CLOCK   VCHR. NO.
ED6   003252  MON369          0000270137    1
                      LANPA
                              234-0001
```

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

# Earnings Statement

Period Beginning: 06/26/2016
Period Ending: 07/02/2016
Pay Date: 07/08/2016

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    0
  PA:         N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 40.00 | 680.00 | 17,144.67 |
| Overtime | 25.5000 | .70 | 17.85 | 314.71 |
| Holiday | | | | 272.00 |
| Incentive | | | | 20.00 |
| Sick | | | | 748.00 |
| Vacation | | | | 272.00 |
| Yesp | | | | 136.00 |
| **Gross Pay** | | | **$697.85** | 18,907.38 |

Your federal taxable wages this period are $532.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 9.21 | 249.56 |
| Sick/Pers Bal | | 44.00 |
| Vacation Bal | | 144.00 |

**Deductions**  **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -37.43 | 1,020.07 |
| Social Security Tax | -34.77 | 942.82 |
| Medicare Tax | -8.13 | 220.50 |
| PA State Income Tax | -17.22 | 466.87 |
| Lancaster Ci Income Tax | -5.61 | 152.08 |
| Lancaster Ci Local Svc Tax | -1.00 | 27.00 |
| PA SUI/SDI Tax | -0.49 | 13.24 |

**Other**

| | | |
|---|---|---|
| Pretax Vision | -4.06* | 109.62 |
| Prtx Health | -133.00* | 3,591.00 |
| 401K | -27.91* | 756.30 |
| **Net Pay** | **$428.23** | |
| Checking | -428.23 | 11,607.88 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

Advice number: 00000270137
Pay date: 07/08/2016

Deposited to the account of
CHARLES SWOYER

| account number | transit ABA | amount |
|---|---|---|
| xxx■■■■ | xxxx xxxx | $428.23 |

NOT VALID AFTER 180 DAYS

Wells Fargo Bank N.A.

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. |
|----|------|-------|-------|-----------|
| ED6 | 003252 | MON369 | LANPA | 0000280090 | 1 |

180-0001

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

# Earnings Statement 

Period Beginning: 07/03/2016
Period Ending: 07/09/2016
Pay Date: 07/15/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 17.0000 | 24.80 | 421.60 | 17,566.27 |
| Holiday | 17.0000 | 8.00 | 136.00 | 408.00 |
| Vacation | 17.0000 | 8.00 | 136.00 | 408.00 |
| Overtime | | | | 314.71 |
| Incentive | | | | 20.00 |
| Sick | | | | 748.00 |
| Yesp | | | | 136.00 |
| **Gross Pay** | | | **$693.60** | 19,600.98 |

Your federal taxable wages this period are $528.80

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 9.15 | 258.71 |
| Sick/Pers Bal | | 44.00 |
| Vacation Bal | | 136.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.82 | 1,056.89 |
| | Social Security Tax | -34.50 | 977.32 |
| | Medicare Tax | -8.07 | 228.57 |
| | PA State Income Tax | -17.09 | 483.96 |
| | Lancaster Ci Income Tax | -5.57 | 157.65 |
| | Lancaster Ci Local Svc Tax | -1.00 | 28.00 |
| | PA SUI/SDI Tax | -0.48 | 13.72 |
| **Other** | | | |
| | Pretax Vision | -4.06* | 113.68 |
| | Prtx Health | -133.00* | 3,724.00 |
| | 401K | -27.74* | 784.04 |
| **Net Pay** | | **$425.27** | |
| | Checking | -425.27 | 12,033.15 |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

Advice number: 00000280090
Pay date: 07/15/2016

Deposited to the account of
CHARLES SWOYER

| account number | transit ABA | amount |
|---|---|---|
| xxx▇▇▇▇ | xxxx xxxx | $425.27 |

THIS IS NOT A CHECK

NOT VALID AFTER 180 DAYS

Wells Fargo Bank N.A.

**NON-NEGOTIABLE**

CO  FILE    DEPT.   CLOCK   VCHR. NO.
ED6 003252  MON369          0000290150  1
                    LANPA
                    246-0001

# EARNINGS STATEMENT    ADP

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

| | |
|---|---|
| Period Beginning: | 07/10/2016 |
| Period Ending: | 07/16/2016 |
| Pay Date: | 07/22/2016 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 8.20 | 139.40 | 17,705.67 |
| Vacation | 17.0000 | 32.00 | 544.00 | 952.00 |
| Overtime | | | | 314.71 |
| Holiday | | | | 408.00 |
| Incentive | | | | 20.00 |
| Sick | | | | 748.00 |
| Yesp | | | | 136.00 |
| **Gross Pay** | | | **$683.40** | 20,284.38 |

Your federal taxable wages this period are $519.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 9.02 | 267.73 |
| Sick/Pers Bal | | 44.00 |
| Vacation Bal | | 104.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -35.46 | 1,092.35 |
| Social Security Tax | | -33.88 | 1,011.20 |
| Medicare Tax | | -7.92 | 236.49 |
| PA State Income Tax | | -16.77 | 500.73 |
| Lancaster Ci Income Tax | | -5.46 | 163.11 |
| Lancaster Ci Local Svc Tax | | -1.00 | 29.00 |
| PA SUI/SDI Tax | | -0.48 | 14.20 |
| **Other** | | | |
| Pretax Vision | | -4.06* | 117.74 |
| Prtx Health | | -133.00* | 3,857.00 |
| 401K | | -27.34* | 811.38 |
| **Net Pay** | | **$418.03** | |
| Checking | | -418.03 | 12,451.18 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

©2000 ADP, LLC

---

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

| | |
|---|---|
| Advice number: | 00000290150 |
| Pay date: | 07/22/2016 |

Deposited to the account of
CHARLES SWOYER

| account number | transit ABA | amount |
|---|---|---|
| xxx▓▓▓▓ | xxxx xxxx | $418.03 |

**THIS IS NOT A CHECK**

NOT VALID AFTER 180 DAYS

Wells Fargo Bank, N.A.      **NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| ED6 | 003252 | MON369 | LANPA | 0000300092 | 1 |

179-0001

# Earnings Statement

**ADP**

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH#:860 548 3543

Period Beginning: 07/17/2016
Period Ending: 07/23/2016
Pay Date: 07/29/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

CHARLES SWOYER
117 CEDAR STREET
LEBANON PA 17042

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 40.00 | 680.00 | 18,385.67 |
| Overtime | 25.5000 | .75 | 19.13 | 333.84 |
| Holiday | | | | 408.00 |
| Incentive | | | | 20.00 |
| Sick | | | | 748.00 |
| Vacation | | | | 952.00 |
| Yesp | | | | 136.00 |
| **Gross Pay** | | | **$699.13** | 20,983.51 |

Your federal taxable wages this period are $534.10

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Er Match | 9.23 | 276.96 |
| Sick/Pers Bal | | 44.00 |
| Vacation Bal | | 104.00 |

**Deductions**

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -37.61 | 1,129.96 |
| Social Security Tax | -34.85 | 1,046.05 |
| Medicare Tax | -8.15 | 244.64 |
| PA State Income Tax | -17.26 | 517.99 |
| Lancaster Ci Income Tax | -5.62 | 168.73 |
| Lancaster Ci Local Svc Tax | -1.00 | 30.00 |
| PA SUI/SDI Tax | -0.49 | 14.69 |

**Other**
| | | |
|---|---|---|
| Pretax Vision | -4.06* | 121.80 |
| Prtx Health | -133.00* | 3,990.00 |
| 401K | -27.97* | 839.35 |
| **Net Pay** | | **$429.12** |
| Checking | -429.12 | 12,880.30 |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

©2000 ADP, LLC

MONARCH ELECTRIC CO.
701 MIDDLE STREET
MIDDLETOWN, CT 06457
COMPANY PH# 860 548 3543

Advice number: 00000300092
Pay date: 07/29/2016

Deposited to the account of: CHARLES SWOYER

| account number | transit ABA | amount |
|---|---|---|
| xxxx■■■ | xxxx xxxx | $429.12 |

THIS IS NOT A CHECK

NOT VALID AFTER 180 DAYS

Wells Fargo Bank N.A.

**NON-NEGOTIABLE**