# Earnings Statement

**ADP**

GENERAL HEALTHCARE RESOURCES INC
2250 HICKORY ROAD, SUITE 240
PLYMOUTH MEETING, PA 19462

Period Beginning:   05/29/2016
Period Ending:      06/04/2016
Pay Date:           06/10/2016

00000000226
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 17042**

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:    1
  PA:         N/A

| Earnings       | rate    | hours | this period | year to date |
|----------------|---------|-------|-------------|--------------|
| Regular        | 23.0000 | 24.25 | 557.75      | 8,891.00     |
| Regular        | 25.0000 | 7.75  | 193.75      |              |
| Regular        | 34.5000 | 8.00  | 276.00      |              |
| External Overti| 37.5000 | .75   | 28.13       | 582.39       |
| **Gross Pay**  |         |       | **$1,055.63** | 9,473.39   |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -152.30 | 1,302.87 |
|  | Social Security Tax | -65.45 | 587.35 |
|  | Medicare Tax | -15.30 | 137.36 |
|  | PA State Income Tax | -32.41 | 290.83 |
|  | Plymouth Twp Income Tax | -10.56 | 94.75 |
|  | PA SUI/SDI Tax | -0.74 | 6.63 |
| **Net Pay** |  | **$778.87** |  |
|  | Check1 | -778.87 |  |
| **Net Check** |  | **$0.00** |  |

Your federal taxable wages this period are
$1,055.63

© 2000 ADP, LLC

SOW  025951  160112     0000240241   1

GENERAL HEALTHCARE RESOURCES INC
2250 HICKORY ROAD, SUITE 240
PLYMOUTH MEETING, PA 19462

# Earnings Statement

Period Beginning: 06/05/2016
Period Ending: 06/11/2016
Pay Date: 06/17/2016

00000000235
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 17042**

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.50 | 212.50 | 9,909.50 |
| Regular | 26.0000 | 31.00 | 806.00 | |
| External Overti | | | | 582.39 |
| **Gross Pay** | | | **$1,018.50** | 10,491.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -143.02 | 1,445.89 |
| | Social Security Tax | -63.15 | 650.50 |
| | Medicare Tax | -14.77 | 152.13 |
| | PA State Income Tax | -31.27 | 322.10 |
| | Plymouth Twp Income Tax | -10.19 | 104.94 |
| | PA SUI/SDI Tax | -0.71 | 7.34 |
| **Net Pay** | | **$755.39** | |
| Check1 | | -755.39 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,018.50

©1998, 2006. ADP, LLC   All Rights Reserved.
© 2000 ADP, LLC
▼ TEAR HERE

# Earnings Statement

**GENERAL HEALTHCARE RESOURCES INC**
2250 HICKORY ROAD, SUITE 240
PLYMOUTH MEETING, PA 19462

Period Beginning: 06/12/2016
Period Ending: 06/18/2016
Pay Date: 06/24/2016

00000000231
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 17042**

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 7.75 | 193.75 | 10,779.25 |
| Regular | 26.0000 | 26.00 | 676.00 | |
| External Overti | | | | 582.39 |
| **Gross Pay** | | | **$869.75** | 11,361.64 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -105.83 | 1,551.72 |
| | Social Security Tax | -53.92 | 704.42 |
| | Medicare Tax | -12.61 | 164.74 |
| | PA State Income Tax | -26.70 | 348.80 |
| | Plymouth Twp Income Tax | -8.70 | 113.64 |
| | PA SUI/SDI Tax | -0.61 | 7.95 |
| **Net Pay** | | **$661.38** | |
| | Check1 | -661.38 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $869.75

| CO | FILE | DEPT | CLOCK | VCHR NO. | 055 |
|----|------|------|-------|----------|-----|
| SOW | 025951 | 160112 | | 0000260228 | 1 |

# Earnings Statement

**GENERAL HEALTHCARE RESOURCES INC**
2250 HICKORY ROAD, SUITE 240
PLYMOUTH MEETING, PA 19462

Period Beginning: 06/19/2016
Period Ending: 06/25/2016
Pay Date: 06/30/2016

00000000221
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 17042**

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.25 | 206.25 | 11,804.50 |
| Regular | 26.0000 | 31.50 | 819.00 | |
| External Overti | | | | 582.39 |
| **Gross Pay** | | | **$1,025.25** | 12,386.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -144.71 | 1,696.43 |
| | Social Security Tax | -63.57 | 767.99 |
| | Medicare Tax | -14.87 | 179.61 |
| | PA State Income Tax | -31.48 | 380.28 |
| | Plymouth Twp Income Tax | -10.25 | 123.89 |
| | PA SUI/SDI Tax | -0.72 | 8.67 |
| | **Net Pay** | **$759.65** | |
| | Check1 | -759.65 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,025.25

©1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
TEAR HERE

SOW 025951 160112    0000270229  1

# Earnings Statement

**GENERAL HEALTHCARE RESOURCES INC**
*2250 HICKORY ROAD, SUITE 240*
*PLYMOUTH MEETING, PA 19462*

Period Beginning: 06/26/2016
Period Ending: 07/02/2016
Pay Date: 07/08/2016

00000000224
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 17042**

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 8.50 | 212.50 | 12,413.50 |
| Regular | 26.0000 | 15.25 | 396.50 | |
| External Overti | | | | 582.39 |
| **Gross Pay** | | | **$609.00** | 12,995.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.26 | 1,760.69 |
| | Social Security Tax | -37.76 | 805.75 |
| | Medicare Tax | -8.83 | 188.44 |
| | PA State Income Tax | -18.70 | 398.98 |
| | Plymouth Twp Income Tax | -6.09 | 129.98 |
| | PA SUI/SDI Tax | -0.43 | 9.10 |
| | **Net Pay** | **$472.93** | |
| | Check1 | -472.93 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $609.00

©1998, 2006, ADP, LLC  All Rights Reserved.
© 2000 ADP, LLC
▼ TEAR HERE

CO. FILE DEPT. CLOCK VCHR NO. 055
SOW 025951 160112 0000280223 1

**Earnings Statement**

GENERAL HEALTHCARE RESOURCES INC
2250 HICKORY ROAD, SUITE 240
PLYMOUTH MEETING, PA 19462

Period Beginning: 07/03/
Period Ending: 07/09/
Pay Date: 07/15/

00000000216
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 170**

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 23.0000 | 7.50 | 172.50 | 13,423.00 |
| Regular | 25.0000 | 8.00 | 200.00 | |
| Regular | 26.0000 | 24.50 | 637.00 | |
| External Overti | 39.0000 | 6.00 | 234.00 | 816.39 |
| **Gross Pay** | | | **$1,243.50** | 14,239.39 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -199.27 | 1,959.96 |
| | Social Security Tax | -77.09 | 882.84 |
| | Medicare Tax | -18.03 | 206.47 |
| | PA State Income Tax | -38.18 | 437.16 |
| | Plymouth Twp Income Tax | -12.44 | 142.42 |
| | PA SUI/SDI Tax | -0.87 | 9.97 |
| | **Net Pay** | **$897.62** | |
| | Check1 | -897.62 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,243.50

CO FILE DEPT CLOCK VCHR NO USS
SOW 025951 160112 0000290238 1

# EARNINGS Statement

**ADP**

GENERAL HEALTHCARE RESOURCES INC
2250 HICKORY ROAD, SUITE 240
PLYMOUTH MEETING, PA 19462

Period Beginning: 07/10/2016
Period Ending: 07/16/2016
Pay Date: 07/22/2016

00000000231
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 17042**

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 15.50 | 403.00 | 13,826.00 |
| External Overti | | | | 816.39 |
| **Gross Pay** | | | **$403.00** | 14,642.39 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -33.36 | 1,993.32 |
| | Social Security Tax | -24.99 | 907.83 |
| | Medicare Tax | -5.84 | 212.31 |
| | PA State Income Tax | -12.37 | 449.53 |
| | Plymouth Twp Income Tax | -4.03 | 146.45 |
| | PA SUI/SDI Tax | -0.28 | 10.25 |
| | **Net Pay** | **$322.13** | |
| | Check1 | -322.13 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $403.00

©1998, 2006. ADP, LLC All Rights Reserved.
©2000 ADP, LLC
▼ TEAR HERE

SOW 025951 160112 0000500244

# Earnings Statement

**GENERAL HEALTHCARE RESOURCES INC**
*2250 HICKORY ROAD, SUITE 240*
*PLYMOUTH MEETING, PA 19462*

Period Beginning: 07/17/2016
Period Ending: 07/23/2016
Pay Date: 07/29/2016

00000000237
**TERI L SWOYER**
**117 CEDAR ST**
**LEBANON PA 17042**

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 16.25 | 406.25 | 14,849.75 |
| Regular | 26.0000 | 23.75 | 617.50 | |
| External Overti | 39.0000 | 7.25 | 282.75 | 1,099.14 |
| **Gross Pay** | | | **$1,306.50** | 15,948.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -215.02 | 2,206.34 |
| | Social Security Tax | -81.00 | 988.83 |
| | Medicare Tax | -18.95 | 231.26 |
| | PA State Income Tax | -40.11 | 489.64 |
| | Plymouth Twp Income Tax | -13.07 | 159.52 |
| | PA SUI/SDI Tax | -0.91 | 11.16 |
| **Net Pay** | | **$937.44** | |
| Check1 | | -937.44 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,306.50

©1998, 2006 ADP, LLC All Rights Reserved
©2000 ADP, LLC
▼ TEAR HERE