United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Charles H. Swoyer, Jr.  
Teri L. Swoyer  
    Debtors

Case No. 16-03277-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: karendavi     Page 1 of 2     Date Rcvd: Sep 14, 2016  
                    Form ID: ntcnfhrg     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.

```
db/jdb         +Charles H. Swoyer, Jr.,    Teri L. Swoyer,    117 Cedar St.,    Lebanon, PA 17042-9776
4820263       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Svcs,    801 Cherry St.,
               Fort Worth, TX 76102)
4823744        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
4820264        +Andrew Callahan, Esq.,    Midland Credit Mgmt,    1 International Pl., Suite 550,
                Philadelphia, PA 19113-1528
4820265        +Angel McCurdy,    2941 Horseshoe Pike,    Campbelltown, PA 17010
4820266         Apothaker Scian PC,    520 Fellowship Rd, Suite C306,    PO Box 5496,
                Mount Laurel, NJ 08054-5496
4820267       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    Po Box 982238,    El Paso, TX 79998)
4820268        +Bruce Klingler, Sheriff,    Lebanon County Sheriff,    400 South Eighth Street,
                Lebanon, PA 17042-6700
4820269        +Bureau Of Account Mgmt,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6904
4820271       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
4820270        +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
4830793         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4820273         Cavalry SPV I, LLC as GE Cap.,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
4820274        +Central Credit Audit,    PO Box 735,    100 N. 3rd St.,    Sunbury, PA 17801-2367
4820276        +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
4820277         Credit First N.A.,    PO Box 818011,    Cleveland, OH 44181-8011
4820278        +Firstsource,    205 Bryant Woods South,    Amherst, NY 14228-3609
4820279        +Five Points Auto Center,    411 S. Lincoln Ave.,    Lebanon, PA 17042-6360
4820280        +GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
4820281        +Jonestown Bank And Tru,    2 W Market Street,    Jonestown, PA 17038-9628
4820282        +KLM Law Group,    701 Market Street,    Suite 5000 - BNY Mellon Center,
                Philadelphia, PA 19106-1538
4820284        +Lebanon Fed Credit Union,    300 Schneider Dr,    Lebanon, PA 17046-4877
4820286         M&T Bank,    1 M&T Plaza,    Buffalo, NY 14203
4820287        +MDJ Anthony Verna,    728 E. Walnut St.,    Lebanon, PA 17042-5655
4820288        +Midland Funding,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
4820289        +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4820290         Onemain Financial,    Bankruptcy Dept,    PO Box 6042,    Sioux Falls, SD 57117-6042
4820292        +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
4820293        +Qualia Collection Services,    PO Box 4699,    Petaluma, CA 94955-4699
4820294        +TD Bank USA/Target Credit,    Po Box 673,    Minneapolis, MN 55440-0673
4820295        +Wells Fargo - Prfrd Cus Acct,    Po Box 94498,    Las Vegas, NV 89193-4498
4820296        +Wells Fargo FNB,    7000 Vista Drive,    3rd Floor,    West Des Moines, IA 50266-9310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4820272         E-mail/Text: bankruptcy@cavps.com Sep 14 2016 20:03:11     Cavalry Portfolio Service,
                Po Box 27288,    Tempe, AZ 85285
4830434        +E-mail/Text: bankruptcy@cavps.com Sep 14 2016 20:03:11     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4820275         E-mail/Text: jessicajones@cpcrecovery.com Sep 14 2016 20:03:19     Central Portfolio Control,
                6640 Shady Oak Rd. #300,    Eden Prairie, MN 55344-7710
4820283        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 14 2016 20:02:25     Kohl's/Capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
4822268         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2016 20:07:39
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4820285        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 14 2016 20:06:54     Lvnv Funding LLC,
                Po Box 10497,    Greenville, SC 29603-0497
4820291         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 20:07:13
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          John J Ferry, Jr    on behalf of Joint Debtor Teri L. Swoyer jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com
          John J Ferry, Jr    on behalf of Debtor Charles H. Swoyer, Jr. jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com
          Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles H. Swoyer Jr.
Teri L. Swoyer

Debtor(s)

Chapter 13

Case No. 1:16−bk−03277−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **October 13, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 2, 2016<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 14, 2016 |