Certificate Number: 15317-PAM-DE-028181839

Bankruptcy Case Number: 16-03277



15317-PAM-DE-028181839

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2016, at 5:18 o'clock PM PDT, Charles H Swoyer Jr completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 9, 2016

By: /s/Christel Raz

Name: Christel Raz

Title: Counselor