```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03277-RNO
Charles H. Swoyer, Jr.                                              Chapter 13
Teri L. Swoyer
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 1           Date Rcvd: Feb 15, 2017
                              Form ID: ntcltrdb          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
4820279        +Five Points Auto Center,    411 S. Lincoln Ave.,    Lebanon, PA 17042-6360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          John J Ferry, Jr    on behalf of Joint Debtor Teri L. Swoyer jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com
          John J Ferry, Jr    on behalf of Debtor Charles H. Swoyer, Jr. jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles H. Swoyer Jr.
Teri L. Swoyer

Debtor(s)

Chapter 13

Case No. 1:16−bk−03277−RNO

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#16) has been filed by the Debtor on behalf of Five Points Auto Center in the amount of $8317.86.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: DDunbar

Date: February 15, 2017