```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03277-RNO
Charles H. Swoyer, Jr.                                              Chapter 7
Teri L. Swoyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: karendavi      Page 1 of 1      Date Rcvd: Nov 02, 2017
                          Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
db/jdb          #+Charles H. Swoyer, Jr.,   Teri L. Swoyer,   117 Cedar St.,   Lebanon, PA 17042-9776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John J Ferry, Jr    on behalf of Debtor 1 Charles H. Swoyer, Jr. jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              John J Ferry, Jr    on behalf of Debtor 2 Teri L. Swoyer jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: Charles H. Swoyer, Jr. / Teri L. Swoyer, Debtor(s)

Case No. 1:16-bk-03277-RNO
Chapter 13

## ORDER TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 1307(a), seeking to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code). The court has considered the record and finds that the motion should be granted.

IT IS ORDERED THAT:

This Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

The Debtor shall, within 28 days of this Order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

Further Ordered that the Chapter 13 Trustee shall comply with the requirement of FRBP 1019.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: November 1, 2017