```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-03277-RNO
Charles H. Swoyer, Jr.                                              Chapter 7
Teri L. Swoyer
          Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner               Page 1 of 2              Date Rcvd: Nov 14, 2017
                              Form ID: 309A               Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db/jdb       #+Charles H. Swoyer, Jr.,   Teri L. Swoyer,   117 Cedar St.,   Lebanon, PA 17042-9776
aty          +James Warmbrodt,   701 Market Street Suite 5000,   Philadephia, PA 19106-1541
aty          +John F Goryl,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
aty          +Joshua I Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
aty          +Michael J Clark,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
aty          +Thomas I Puleo,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
tr           +Markian R Slobodian (Trustee),   801 North Second Street,   Harrisburg, PA 17102-3210
4823744      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
4820264      +Andrew Callahan, Esq.,   Midland Credit Mgmt,   1 International Pl., Suite 550,
                Philadelphia, PA 19113-1528
4820265       Angel McCurdy,   2941 Horseshoe Pike,   Campbelltown, PA 17010
4820266       Apothaker Scian PC,   520 Fellowship Rd, Suite C306,   PO Box 5496,
                Mount Laurel, NJ 08054-5496
4861734      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
4820268      +Bruce Klingler, Sheriff,   Lebanon County Sheriff,   400 South Eighth Street,
                Lebanon, PA 17042-6700
4820269      +Bureau Of Account Mgmt,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6904
4820273       Cavalry SPV I, LLC as GE Cap.,   500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-1340
4820279      +Five Points Auto Center,   411 S. Lincoln Ave.,   Lebanon, PA 17042-6360
4820281      +Jonestown Bank And Tru,   2 W Market Street,   Jonestown, PA 17038-9628
4820282      +KLM Law Group,   701 Market Street,   Suite 5000 - BNY Mellon Center,
                Philadelphia, PA 19106-1538
4858003      +Kay Jewelers,   Porania LLC,   6991 E Camelback Rd D-300,   Scottdale, AZ 85251-2492
4820284      +Lebanon Fed Credit Union,   300 Schneider Dr.,   Lebanon, PA 17046-4877
4820286       M&T Bank,   1 M&T Plaza,   Buffalo, NY 14203
4820287      +MDJ Anthony Verna,   728 E. Walnut St.,   Lebanon, PA 17042-5655
4820292      +Powell Inc,   1 Fisher Street,   Halifax, PA 17032-8845
4820293      +Qualia Collection Services,   PO Box 4699,   Petaluma, CA 94955-4699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jackferry2@gmail.com Nov 14 2017 19:05:42    John J Ferry, Jr,
                Law Offices of John J. Ferry Jr.,   931 Cumberland Street,   Lebanon, PA  17042
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 14 2017 19:05:58    United States Trustee,
                228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
4820263       EDI: PHINAMERI.COM Nov 14 2017 19:03:00    Americredit Financial Svcs,   801 Cherry St.,
                Fort Worth, TX 76102
4820267       EDI: BANKAMER.COM Nov 14 2017 19:03:00    Bank of America,   Po Box 982238,
                El Paso, TX 79998
4837039       E-mail/Text: bankruptcy@bbandt.com Nov 14 2017 19:05:48    BB&T Bankruptcy,   PO Box 1847,
                Wilson, NC 27894,   bankruptcy@bbandt.com,   866-813-1624
4820271       EDI: CAPITALONE.COM Nov 14 2017 19:03:00    Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238
4820272       E-mail/Text: bankruptcy@cavps.com Nov 14 2017 19:06:02    Cavalry Portfolio Service,
                Po Box 27288,   Tempe, AZ 85285
4820270      +EDI: CAPITALONE.COM Nov 14 2017 19:03:00    Capital One Bank,   4851 Cox Road,
                Glen Allen, VA 23060-6293
4830793       EDI: CAPITALONE.COM Nov 14 2017 19:03:00    Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
4858947       EDI: BL-BECKET.COM Nov 14 2017 19:04:00    Capital One NA,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
4830434      +E-mail/Text: bankruptcy@cavps.com Nov 14 2017 19:06:02    Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
4820274      +E-mail/Text: nailda@centralcreditaudit.com Nov 14 2017 19:06:16    Central Credit Audit,
                PO Box 735,   100 N. 3rd St.,   Sunbury, PA 17801-2367
4820275       E-mail/Text: jessicajones@cpcrecovery.com Nov 14 2017 19:06:07    Central Portfolio Control,
                6640 Shady Oak Rd. #300,   Eden Prairie, MN 55344-7710
4820276      +EDI: CRFRSTNA.COM Nov 14 2017 19:03:00    Credit First N A,   6275 Eastland Rd,
                Brookpark, OH 44142-1399
4820277       EDI: CRFRSTNA.COM Nov 14 2017 19:03:00    Credit First N.A.,   PO Box 818011,
                Cleveland, OH 44181-8011
4820278      +EDI: FSAE.COM Nov 14 2017 19:04:00    Firstsource,   205 Bryant Woods South,
                Amherst, NY 14228-3609
4820280      +EDI: PHINAMERI.COM Nov 14 2017 19:03:00    GM Financial,   Po Box 181145,
                Arlington, TX 76096-1145
4820283      +EDI: CBSKOHLS.COM Nov 14 2017 19:03:00    Kohl's/Capital One,   N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-5660
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4822268         EDI: RESURGENT.COM Nov 14 2017 19:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4820285        +EDI: RESURGENT.COM Nov 14 2017 19:03:00      Lvnv Funding LLC,    Po Box 10497,
                 Greenville, SC 29603-0497
4835122         E-mail/Text: camanagement@mtb.com Nov 14 2017 19:05:50      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4820288        +EDI: MID8.COM Nov 14 2017 19:03:00      Midland Funding,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
4847428        +EDI: MID8.COM Nov 14 2017 19:03:00      Midland Funding, LLC,    Midland Credit Management, Inc.,
                 as agent for Midland Funding, LLC,    PO Box 2011,    Warren, MI 48090-2011
4820289        +E-mail/Text: Bankruptcies@nragroup.com Nov 14 2017 19:06:15      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
4844860         EDI: AGFINANCE.COM Nov 14 2017 19:03:00      Onemain,    605 Munn Road,    FT Mill, SC 28272
4820290         EDI: AGFINANCE.COM Nov 14 2017 19:03:00      Onemain Financial,    Bankruptcy Dept,    PO Box 6042,
                 Sioux Falls, SD 57117-6042
4820291         EDI: PRA.COM Nov 14 2017 19:03:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
4862090         EDI: PRA.COM Nov 14 2017 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4862677        +E-mail/Text: bncmail@w-legal.com Nov 14 2017 19:06:00      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4820294        +EDI: WTRRNBANK.COM Nov 14 2017 19:03:00      TD Bank USA/Target Credit,    Po Box 673,
                 Minneapolis, MN 55440-0673
4820295        +EDI: WFFC.COM Nov 14 2017 19:03:00      Wells Fargo - Prfrd Cus Acct,    Po Box 94498,
                 Las Vegas, NV 89193-4498
4842061         EDI: WFFC.COM Nov 14 2017 19:03:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA 50306-0438
4820296        +EDI: WFFC.COM Nov 14 2017 19:03:00      Wells Fargo FNB,    7000 Vista Drive,    3rd Floor,
                 West Des Moines, IA 50266-9310
                                                                                               TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John J Ferry, Jr    on behalf of Debtor 1 Charles H. Swoyer, Jr. jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              John J Ferry, Jr    on behalf of Debtor 2 Teri L. Swoyer jackferry2@gmail.com,
               jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Michael J Clark    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Charles H. Swoyer Jr.** | Social Security number or ITIN  xxx–xx–1118 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Teri L. Swoyer** | Social Security number or ITIN  xxx–xx–4006 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | Date case filed in chapter **13**   **August 8, 2016** |
| Case number:  **1:16–bk–03277–RNO** | | Date case converted to chapter **7**   **November 1, 2017** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles H. Swoyer Jr. | Teri L. Swoyer |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 117 Cedar St.<br>Lebanon, PA 17042 | 117 Cedar St.<br>Lebanon, PA 17042 |
| 4. | **Debtor's attorney**<br>Name and address | John J Ferry Jr<br>Law Offices of John J. Ferry Jr.<br>931 Cumberland Street<br>Lebanon, PA 17042 | Contact phone 717–272–6500<br><br>Email: jackferry2@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Markian R Slobodian (Trustee)<br>801 North Second Street<br>Harrisburg, PA 17102 | Contact phone 717 232–5180<br><br>Email: PA49@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: November 14, 2017 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 19, 2017 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification and proof of social security number are required *** | Location:  **Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** February 17, 2018 |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 1:16-bk-03277-RNO   Doc 50   Filed 11/16/17   Entered 11/17/17 00:54:05   Desc
Imaged Certificate of Notice   Page 4 of 4