# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: Charles H. Swoyer, Jr. / Teri L. Swoyer, Debtor(s)

Case No. **1:16-bk-03277**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-1118**

Joint Debtor's Social Security Number: **xxx-xx-4006**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Charles H. Swoyer, Jr. and Teri L. Swoyer**

Street: **117 Cedar St.**

City, State and Zip: **Lebanon, PA 17042**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name: **Charles H. Swoyer, Jr. and Teri L. Swoyer**

Street: **P.O. Box 152**

City, State and Zip: **Mildred, PA 18632**

Telephone #:

**/s/ Charles H. Swoyer, Jr.**
**Charles H. Swoyer, Jr.**
Debtor

**/s/ Teri L. Swoyer**
**Teri L. Swoyer**
Joint Debtor