```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03277-RNO
Charles H. Swoyer, Jr.                                          Chapter 7
Teri L. Swoyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: admin             Page 1 of 1              Date Rcvd: Mar 02, 2018
                              Form ID: fnldecac       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db/jdb        +Charles H. Swoyer, Jr.,   Teri L. Swoyer,    PO Box 152,   Mildred, PA 18632-0152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          John J Ferry, Jr    on behalf of Debtor 1 Charles H. Swoyer, Jr. jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
          John J Ferry, Jr    on behalf of Debtor 2 Teri L. Swoyer jackferry2@gmail.com,
           jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Markian R Slobodian (Trustee)    PA49@ecfcbis.com
          Michael J Clark    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles H. Swoyer Jr.  
PO Box 152  
Mildred, PA 18632

Chapter 7  
Case No. 1:16−bk−03277−RNO

Teri L. Swoyer  
PO Box 152  
Mildred, PA 18632

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−1118  
xxx−xx−4006

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 1, 2018

BY THE COURT  
By the Court,

*(signature)*

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk