Check No. 1181090

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-00723-JJT | 005-0 | JOHN KEVIN KIERSNOWSKI<br>Original Check written to:<br>PSECU<br>P.O. BOX 67013<br>HARRISBURG, PA 17106- | 9438 L90 | 48.45 | 7.34 | 0.00 | 7.34 |
| 14-03689-HWV | 003-0 | JAMES W. HANNA, JR.<br>Original Check written to:<br>CACH LLC<br>4340 S MONACO ST, 2ND FLOOR<br>DENVER, CO 80237- | 5336 | 0.00 | 3,940.60 | 0.00 | 3,940.60 |
| 15-01931-JJT | 999-0 | WILBUR HENRY MAY<br>Original Check written to:<br>WILBUR HENRY MAY and KELLIANN R. MAY<br>444 HUNKLOCK HARVEYVILLE RD.<br>SHICKSHINNY, PA 18655-4002 | | 0.00 | 13.45 | 0.00 | 13.45 |
| 16-00207-RNO | 999-0 | LEROY ROBERT LOWER (DECEASED)<br>Original Check written to:<br>LEROY ROBERT LOWER (DECEASED)<br>440 SMALL VALLEY RD.<br>HALIFAX, PA 17032-9736 | | 0.00 | 11.59 | 0.00 | 11.59 |
| 16-01540-JJT | 999-0 | PAUL D. KERVICK, SR.<br>Original Check written to:<br>PAUL D. KERVICK, SR. and LORI L. KERVICK<br>REAR 889 ALTER ST.<br>HAZLETON, PA 18201 | | 0.00 | 5,034.38 | 0.00 | 5,034.38 |
| 16-03277-RNO | 999-0 | CHARLES H. SWOYER, JR.<br>Original Check written to:<br>CHARLES H. SWOYER, JR. and TERI L. SWOYER<br>PO BOX 152<br>MILDRED, PA 18632- | | 0.00 | 15.15 | 0.00 | 15.15 |
| 15-05202 | 003-0 | *Hilary Ann Beavers*<br>Original Check written to:<br>HILIARY ANN BEAVERS<br>298 WIMMERS RD<br>JEFFERSON TOWNSHIP, PA 18436 | | 0.00 | 443.00 | 0.00 | 443.00 |
| 15-05202 | 058-0 | *Hilary Ann Beavers*<br>Original Check written to:<br>HILARY ANN BEAVERS<br>298 WIMMERS RD<br>JEFFERSON TOWNSHIP, PA 18436 | | 0.00 | 443.00 | 0.00 | 443.00 |

---

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1181090

March 08, 2018

PAY** Nine Thousand Nine Hundred Eight Dollars and 51 Cents************************

AMOUNT**$9,908.51**********

TO THE ORDER OF

VOID AFTER June 06, 2018
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA  17101-

⑈1181090⑈ ⑆031301422⑆  1618  66156⑈

Case 1:16-bk-03277-RNO    Doc 59    Filed 03/08/18    Entered 03/08/18 09:25:07    Desc
Main Document      Page 1 of 1